UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| **MOFFITT, CHRISTOPHER J.** | ) | Case No. 05-48483 |
| | ) | |
| Debtor(s). | ) | Hon. **A. BENJAMIN GOLDGAR** |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Park City Branch Court, Courtroom B, 301 Greenleaf Avenue, Park City, IL 60085

    On: **May 15, 2009**              Time: **2:00 P.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                                                                $6,274,582.75

    Disbursements                                                        $5,862,657.14

    Net Cash Available for Distribution                           $411,925.61

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN<br>*Trustee Compensation* | $0.00 | $91,603.50 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $8,396.50 | $0.00 |

| NORMAN KELLERMAN | $0.00 | $4,865.00 | $0.00 |
|---|---|---|---|
| *Accountant for Trustee* | | | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7. Claims of general unsecured creditors totaling $97,855.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 114.3400% which includes 4.0800% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Boilini Company | $9,083.74 | $10,386.48 |
| 000003 | Discover Bank/Discover Financial Se | $4,226.50 | $4,832.64 |
| 000004 | Hi-Tech Boatworks | $28,125.00 | $32,158.54 |
| 000005 | Citibaank Na | $56,419.78 | $64,511.21 |

8. This is a surplus estate. The Debtor has already received an interim distribution of the surplus proceeds in the amount of $350,000.00. The Trustee believes that the Debtor is entitled to additional surplus funds in the amount of $195,171.74 pursuant to his Final Report.

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends

pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor has been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $399,500.00 |

Dated: **April 8, 2009**                              For the Court,

                                          By:   **KENNETH S. GARDNER**
                                                CLERK OF BANKRUPTCY COURT

Trustee:     Joseph E. Cohen
Address:     105 West Madison Street
             Suite 1100
             Chicago, IL  60602-0000
Phone No.:   (312) 368-0300

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                   Date Rcvd: Apr 08, 2009
Case: 05-48483                Form ID: pdf002             Total Served: 24

The following entities were served by first class mail on Apr 10, 2009.
db           +Christopher J Moffitt,   148 Ahwahnee Rd,   Lake Forest, IL 60045-2009
aty          +Bruce L Wald,   Tishler & Wald Ltd,   200 S Wacker Dr,   Suite 3000,   Chicago, IL 60606-5815
aty          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty          +Linda M Kujaca,   P.O. Box 254,   Wood Dale, IL 60191-0254
tr           +Joseph E Cohen, Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
10088728     +Boilini Company,   342 N 4th Street,   Libertyville, IL 60048-2312
10088730      Cardmember Services,   P.o. Box 15153,   Wilmington, DE 19886-5153
10088731     +Chase Home Finance,   P O Box 9001871,   Louisville, KY 40290-1871
10088733     +Citi Cards,   PO Box 688911,   Des Moines, IA 50368-8911
10596635      Citibaank NA,   Citibank/Choice,   Exception Payment Processing,   PO Box 6305,
               The Lakes NV 88901-6305
10088735      Hi-Tech Boatworks,   1113 Pine Street,   Waukegan IL 60085-2727
10088736     +JP Morgan Chase Bank, N.A,   Attn Michael Hayes,   120 S Lasalle Street 6th Floor,
               Chicago, IL 60603-3426
12226163     +JP Morgan Chase Bank, N.A. (including Chase Home F,   c/o Richard T. Reibman,
               180 N. LaSalle Street, Suite 2700,   Chicago, IL 60601-2709
10952011     +JPMorgan Chase Bank, N.A. and Chase Home Finance,,   c/o Richard T. Reibman,
               180 N. LaSalle St., Suite 2700,   Chicago, IL 60601-2709
10088739     +Mariani,   300 Rockland Road,   Lake Bluff, IL 60044-1813
10088741      Miguel Guzman,   1052 N.,   Berwick Blvd. Waukegan, IL 60085
10442415     +Moffitt Patrick,   Elizabeth Moffitt,   210 Cambridge Lane,   Lake Bluff, IL 60044
10088744     +Terrence L. Schaul, Esq. McCarthy Duffy,   180 N. LaSalle Street Suite 1400,
               Chicago, IL 60601-2602
10088742     +pasquesi Sheppard LLC,   585 Bank Lane,   Lake Forest, IL 60045-5307
The following entities were served by electronic transmission on Apr 09, 2009.
10557134      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:20
               Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
10442418      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:20     Discover Card Services,
               P O Box 6011,   Dover, DE 19903
10088738     +E-mail/Text: idiaz2@co.lake.il.us                            Lake County Collector,
               18 N. County Street,   Waukegan, IL 60085-4361
10442416     +E-mail/Text: idiaz2@co.lake.il.us                            Lake County Treasurer,
               18 N County Street,   Waukegan, IL 60085-4361
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Robert B Green
10088732      40290-1871
10088734      50368-8911
10088740      60044-1832
10088743      60045
10088729      60048
10088745      60601-2602
10088737      6th Floor
10951866      JPMorgan Chase Bank, N.A. and Chase Home Finance,
10442417      Michigan Property Taxes,   Township of Leelanau,   County of Leelanau, MI
                                                                                           TOTALS: 10, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 10, 2009**           **Signature:** _/s/ Joseph Speetjens_