UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MOFFITT, CHRISTOPHER J § Case No. 05-48483
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christopher Moffitt |  |  |  |
| Christopher J. Moffitt |  |  |  |
| Christopher J. Moffitt |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Home Finance PO Box 9001871 Louisville, KY 40290-1871 | | | | | |
| JP Morgan Chase Bank NA Attn: Michael Hayes 120 S. LaSalle Street 6th Floor Chicago, IL 60603 | | | | | |
| JP Morgan Chase Bank, NA Attn: Michael Hayes 120 S. LaSalle Street 6th Floor Chicago, IL 60603 | | | | | |
| Securities as listed under Schedule B-!2 with Pledge in favor of JP Morgan Chase Bank NA 120 S. LaSalle Street 6th Floor Chicago, IL 60603 | | | | | |
| JP MORGAN CHASE BANK N.A. | | | | | |
| JP MORGAN CHASE BANK, N.A. | | | | | |
| JP MORGAN CHASE BANK, N.A. | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| NORMAN KELLERMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lake County Treasurer 18 N. County Street Waukegan, IL 60085 | | | | | |
| Michigan Property Taxes Township of Leelanau County of Leelanau, MI | | | | | |
| Patrick Moffitt c/o Elizabeth Moffitt 210 Cambridge Lane Lake Bluff, IL | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| Mariani 300 Rockland Road Lake Bluff, IL 60044-1832 | | | | | |
| Miguel Guzman 1052 N. Berwick Blvd. Waukegan, IL 60085 | | | | | |
| Pasquesi Sheppard LLC 585 Bank Lane Lake Forest, IL 60045 | | | | | |
| BOILINI COMPANY | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CITIBAANK NA | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| HI-TECH BOATWORKS | | | | | |
| BOILINI COMPANY | | | | | |
| CITIBAANK NA | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| HI-TECH BOATWORKS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-48483 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MOFFITT, CHRISTOPHER J | Date Filed (f) or Converted (c): | 10/11/05 (f) |
| | | 341(a) Meeting Date: | 11/22/05 |
| For Period Ending: | 04/12/10 | Claims Bar Date: | 02/23/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 4,900,000.00 | 25,000.00 | | 2,100,000.00 | 0.00 |
| 2. MICHIGAN PROPERTY | 115,000.00 | 35,000.00 | | 0.00 | 0.00 |
| 3. CASH | 40.00 | 0.00 | | 0.00 | 0.00 |
| 4. CHECKING | 1,673.00 | 0.00 | | 0.00 | 0.00 |
| 5. HOUSEHOLD GOODS | 25,000.00 | 5,000.00 | | 0.00 | 0.00 |
| 6. BOOKS, PICTURES | 1,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 7. JEWELRY | 13,500.00 | 10,000.00 | | 0.00 | 0.00 |
| 8. WORKOUT EQUIPMENT | 500.00 | 100.00 | | 0.00 | 0.00 |
| 9. 401(K) | 40,954.00 | 0.00 | | 0.00 | 0.00 |
| 10. VESTOR CAPITAL | 229,000.00 | 0.00 | | 0.00 | 0.00 |
| 11. STOCK | 200,000.00 | 100,000.00 | | 4,166,227.47 | 0.00 |
| 12. VEHICLES | 37,000.00 | 15,000.00 | | 15,000.00 | 0.00 |
| 13. BOATS AND ACCESSORIES | 34,000.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,646.34 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $5,597,667.00 $191,100.00 $6,282,873.81 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL REAL ESTATE AND STOCKS OWNED BY DEBTOR. TRUSTEE HAS RETAINED AND HIRED BROKER TO SELL REAL ESTATE AND STOCKS. TRUSTEE HAS FILED MOTION TO APPROVE SALE OF HOUSE. HOUSE SALE HAS CLOSED. TRUSTEE IN VESTIGATING POSSIBLE VALUE OF STOCK INTEREST OF DEBTOR. IT APPEARS STOCK MAY HAVE VALUE OF $1,000,000.00 IF IPO GOES THROUGH. STOCK HAS VALUE IN EXCESS OF $2,000,000.00. TRUSTEE HAS EMPLOYED STOCKBROKER TO SELL STOCK. STOCK HAS BEEN SOLD. TRUSTEE HAS

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-48483    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | MOFFITT, CHRISTOPHER J | Date Filed (f) or Converted (c):    10/11/05 (f) |
| | | 341(a) Meeting Date:    11/22/05 |
| | | Claims Bar Date:    02/23/06 |

SUBMITTED FINAL REPORT TO UST FOR REVIEW. TRUSTEE HAS FILED FINAL REPORT WITH COURT. DISTRIBUTION MADE. ALL CHECKS HAVE CLEARED AND TRUSTEE PREPARING HIS FINAL ACCOUNT.

Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 04/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-48483 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MOFFITT, CHRISTOPHER J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6634  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9010 | | | |
| For Period Ending: | 04/12/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/23/07 | 12 | DONALD GELFUND | | 1129-000 | 15,000.00 | | 15,000.00 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.21 | | 15,001.21 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.33 | | 15,013.54 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.75 | | 15,026.29 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.76 | | 15,039.05 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 9.57 | | 15,048.62 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 9.59 | | 15,058.21 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 8.04 | | 15,066.25 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 7.20 | | 15,073.45 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 5.97 | | 15,079.42 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 3.58 | | 15,083.00 |
| 03/25/08 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 13.31 | 15,069.69 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.56 | | 15,073.25 |
| 04/09/08 | 11 | UBS Wealth Management | Sale of stock | 1129-000 | 2,711,259.18 | | 2,726,332.43 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 429.03 | | 2,726,761.46 |
| 05/16/08 | | UBS | Sale of stock deposit correction fo | 1129-000 | | 25.00 | 2,726,736.46 |
| | | | Correction to 4/8/08 deposit to correct 25.00 error | | | | |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 346.42 | | 2,727,082.88 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 325.47 | | 2,727,408.35 |
| 06/30/08 | | Transfer to Acct #*******7060 | TRANSFER TO WRITE CHECKS | 9999-000 | | 2,400,000.00 | 327,408.35 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 41.60 | | 327,449.95 |
| 08/06/08 | 11 | UBS WEALTH MANAGEMENT | | 1129-000 | 372,685.53 | | 700,135.48 |
| 08/11/08 | 11 | UBS WEALTH MANAGEMENT | | 1129-000 | 272,454.83 | | 972,590.31 |
| 08/13/08 | 11 | UBS WEALTH MANAGEMENT | Sale of stock | 1129-000 | 123,796.04 | | 1,096,386.35 |
| 08/18/08 | 11 | UBS WEALTH MANAGEMENT | Sale of stock | 1129-000 | 66,994.37 | | 1,163,380.72 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 118.24 | | 1,163,498.96 |
| 09/08/08 | | Transfer to Acct #*******7060 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,000,000.00 | 163,498.96 |
| 09/12/08 | 11 | UBS Financial Services | Sale of stock | 1129-000 | 157,881.74 | | 321,380.70 |
| 09/18/08 | 11 | USB Financial Services | Sale of stock | 1129-000 | 9.10 | | 321,389.80 |
| 09/18/08 | 11 | USB Financial Services | Sale of stock | 1129-000 | 452,934.54 | | 774,324.34 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-48483 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MOFFITT, CHRISTOPHER J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6634 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9010 | | | |
| For Period Ending: | 04/12/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 85.22 | | 774,409.56 |
| 10/08/08 | 000302 | JP MORGAN CHASE BANK N.A. | Payment of secured claim 9 | 4110-000 | | 12,643.83 | 761,765.73 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 74.56 | | 761,840.29 |
| 11/19/08 | | Transfer to Acct #*******7060 | TRANSFER TO WRITE CHECKS | 9999-000 | | 350,000.00 | 411,840.29 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 50.97 | | 411,891.26 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 23.86 | | 411,915.12 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 10.49 | | 411,925.61 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 9.48 | | 411,935.09 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 338.12 | 411,596.97 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 10.50 | | 411,607.47 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 23.68 | | 411,631.15 |
| 05/14/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 10.26 | | 411,641.41 |
| 05/14/09 | | Transfer to Acct #*******7060 | Final Posting Transfer | 9999-000 | | 411,641.41 | 0.00 |

| Account *******6634 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 9 | Deposits | 4,173,015.33 | 3 | Checks | 12,995.26 |
| | 25 | Interest Postings | 1,646.34 | 1 | Adjustments Out | 25.00 |
| | | | | 4 | Transfers Out | 4,161,641.41 |
| | | Subtotal | $ 4,174,661.67 | | | |
| | | | | | Total | $ 4,174,661.67 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 4,174,661.67 | | | |

FORM 2     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 05-48483 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MOFFITT, CHRISTOPHER J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7060 BofA - Checking Account |
| Taxpayer ID No: | *******9010 | | | |
| For Period Ending: | 04/12/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/08 | | Transfer from Acct #*******6634 | TRANSFER TO WRITE CHECKS | 9999-000 | 2,400,000.00 | | 2,400,000.00 |
| 06/30/08 | 003001 | JP Morgan Chase Bank, N.A. | Payment of secured claim | 4210-000 | | 2,400,000.00 | 0.00 |
| 09/08/08 | | Transfer from Acct #*******6634 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,000,000.00 | | 1,000,000.00 |
| 09/08/08 | 003002 | JP MORGAN CHASE BANK, N.A. | Payment of secured claim | 4210-000 | | 1,000,000.00 | 0.00 |
| 11/19/08 | | Transfer from Acct #*******6634 | TRANSFER TO WRITE CHECKS | 9999-000 | 350,000.00 | | 350,000.00 |
| 11/19/08 | 003003 | Christopher Moffitt | Surplus to Debtor | 8200-002 | | 350,000.00 | 0.00 |
| | | | Surplus to Debtor | | | | |
| 05/14/09 | | Transfer from Acct #*******6634 | Transfer In From MMA Account | 9999-000 | 411,641.41 | | 411,641.41 |
| 05/16/09 | 003004 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 91,603.50 | 320,037.91 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL 60602-0000 | | | | | |
| 05/16/09 | 003005 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 5,597.67 | 314,440.24 |
| 05/16/09 | 003006 | Norman Kellerman | Accountant for Trustee fees | 3410-000 | | 4,865.00 | 309,575.24 |
| | | c/o FGMK | Accountant for Trustee fees | | | | |
| 05/16/09 | 003007 | Joseph E. Cohen | Attorney fees per court order | 3110-000 | | 2,798.83 | 306,776.41 |
| 05/16/09 | 003008 | Boilini Company | Claim 000001, Payment 114.67677% | | | 10,416.94 | 296,359.47 |
| | | 342 N 4th Street | | | | | |
| | | Libertyville, IL 60048 | | | | | |
| | | | Claim    9,083.74 | 7100-000 | | | 296,359.47 |
| | | | Interest    1,333.20 | 7990-000 | | | 296,359.47 |
| 05/16/09 | 003009 | Discover Bank/Discover Financial Services | Claim 000003, Payment 114.67692% | | | 4,846.82 | 291,512.65 |
| | | PO Box 8003 | | | | | |
| | | Hilliard, OH 43026 | | | | | |
| | | | Claim    4,226.50 | 7100-000 | | | 291,512.65 |
| | | | Interest    620.32 | 7990-000 | | | 291,512.65 |
| 05/16/09 | 003010 | Hi-Tech Boatworks | Claim 000004, Payment 114.67684% | | | 32,252.86 | 259,259.79 |
| | | 1113 Pine Street | | | | | |
| | | Waukegan IL 60085-2727 | | | | | |
| | | | Claim    28,125.00 | 7100-000 | | | 259,259.79 |

LFORM2T4    UST Form 101-7-TDR (9/1/2009) *(Page: 12)*      Ver: 15.08

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 05-48483 -ABG |
| Case Name: | MOFFITT, CHRISTOPHER J |
| Taxpayer ID No: | *******9010 |
| For Period Ending: | 04/12/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7060  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest       4,127.86 | 7990-000 | | | 259,259.79 |
| 05/16/09 | 003011 | Citibaank NA<br>Citibank/Choice<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes NV 88901-6305 | Claim 000005, Payment 114.67682% | | | 64,700.41 | 194,559.38 |
| | | | Claim          56,419.78 | 7100-000 | | | 194,559.38 |
| | | | Interest        8,280.63 | 7990-000 | | | 194,559.38 |
| 05/16/09 | 003012 | Christopher J. Moffitt | Surplus to Debtor<br>Surplus to Debtor | 8200-002 | | 194,559.38 | 0.00 |
| 12/16/09 | 11 | National Financial Services LLC | balance of account | 1129-000 | 8,237.14 | | 8,237.14 |
| 12/27/09 | 003013 | Christopher J. Moffitt | Surplus to Debtor<br>Surplus to Debtor | 8200-002 | | 8,237.14 | 0.00 |

| Account *******7060 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 8,237.14 | 13 | Checks | 4,169,878.55 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 8,237.14 | | | |
| | | | | Total | $ 4,169,878.55 |
| 0 | Adjustments In | 0.00 | | | |
| 4 | Transfers In | 4,161,641.41 | | | |
| | Total | $ 4,169,878.55 | | | |

LFORM2T4   UST Form 101-7-TDR (9/1/2009) (Page: 13)

Ver: 15.08

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-48483 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MOFFITT, CHRISTOPHER J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7060 BofA - Checking Account |
| Taxpayer ID No: | *******9010 | | | |
| For Period Ending: | 04/12/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | | |
| | 10 | Deposits | 4,181,252.47 | 24 | Checks | 4,182,873.81 |
| | 25 | Interest Postings | 1,646.34 | 1 | Adjustments Out | 25.00 |
| | | | | 4 | Transfers Out | 4,161,641.41 |
| | | Subtotal | $ 4,182,898.81 | | | |
| | | | | | Total | $ 8,344,540.22 |
| | 0 | Adjustments In | 0.00 | | | |
| | 4 | Transfers In | 4,161,641.41 | | | |
| | | Total | $ 8,344,540.22 | | Net Total Balance | $ 0.00 |